COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:              01-11-00552-CV

Style:                      Maxine Adams and Cecil Adams

                             **v** Rebecca Ross

Date motion filed[*]:        May 28, 2013

Type of motion:          Motion for extension of time to file brief

Party filing motion:       Appellants

Document to be filed:    Appellants' brief

Is appeal accelerated?     No

If motion to extend time:

        Original due date:

        Number of previous extensions granted:        Current Due date:

        Date Requested:

Ordered that motion is:

☐        Granted

        If document is to be filed, document due:

        ☐        Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐        Denied

☑        Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐        Other: _____

    **Pursuant to this Court's May 28, 2013 order, appellants' brief is due 20 days from the date the supplemental clerk's record required by said order is filed. Accordingly, appellants' motion is dismissed as moot.**

Judge's signature:   <u>/s/ Harvey Brown</u>
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: <u>June 17, 2013</u>